Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

November 25, 2020

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-CM

Dear Judge McMahon:

We represent Defendants in the above-referenced matter. We write to advise the Court that on November 20, 2020, Defendants served by U.S. Mail their submissions to this Court on *pro se* Plaintiff Willie Dennis, Esq., at the P.O. Box address that Mr. Dennis listed on both the Civil Cover Sheet and his Complaint, in accordance with Section 19 of the S.D.N.Y. Electronic Case Filing Rules & Instructions.

We have been notified by the U.S. Postal Service that the P.O. Box listed by Mr. Dennis is not being maintained by him and, as such, the Postal Service has returned as undeliverable the hard copies of Defendants' court filings sent to Mr. Dennis at that address. We expect that same is happening with respect to papers the Court has been sending to Mr. Dennis at that address. We note, however, that on November 20, 2020, Defendants also had sent copies of their submissions to Mr. Dennis by email using two of his known email addresses which he frequently uses. Presumably, Mr. Dennis has received those emails as we have seen no indication that they were not delivered and we are aware of recent email activity by him from at least one of those email addresses.

Leaving aside whether the P.O. Box Mr. Dennis listed on his recent court filings was even valid at the time he filed this action, Plaintiff clearly has not kept the Court apprised of changes in his contact information as required by the ECF Rule 20.6. Consequently, Defendants respectfully request that the Court issue an order requiring Mr. Dennis to immediately submit a Notice of Change of Address for Pro Se Litigants form at set forth in the Local Rules of the Court.

Sincerely,

*/s/ Kathleen M. McKenna*

cc:   Willie Dennis, Esq., Plaintiff *pro se*
       (by email – woc2020@gmail.com; ruleethics50@gmail.com)