Date: December 14, 2020

Hon. Colleen McMahon
U.S. District Court

Re: Dennis v K&L Gates, LLP et al., No 1:20-cv-09393-CM (SDNY)

Dear Judge McMahon:

I write to respectfully request an extension of time from original due date: December 15, 2020
to new deadline: January 30, 2021, to file my Motion for extension of time to oppose defendants' pending motion.


I ask for this extension during the holiday season because of family and Covid-19 related issues. I have been unable to complete my motion.

This is my first request for an extension.
I have conferred with opposing counsel about this request for an extension.  Opposing counsel objects.

I thank the Court in advance for its consideration.

Respectfully submitted,

Willie Dennis
Name: Pro-se Plaintiff