UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021
```

WILLIE E. DENNIS,

                              Plaintiff,

        -against-

K & L GATES LLP; DAVID TANG; JAMES
SEGERDAHL; JEFFREY MALETTA;
MICHAEL CACCESE; ANNETTE
BECKER; PALLAVI WAHI; JOHN BICKS;
AND CHARLES TEA,

                              Defendants.

20-CV-9393 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

## SERVICE

The Clerk of Court is directed to issue summonses as to Defendants K & L Gates LLP,

David Tang, James Segerdahl, Jeffrey Maletta, Michael Caccese, Annette Becker, Pallavi Wahi,

John Bicks, and Charles Tea.  Plaintiff is directed to serve the summons and complaint on each

Defendant within 90 days of the issuance of the summonses.  If within those 90 days, Plaintiff

has not either served Defendants or requested an extension of time to do so, the Court may

dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil

Procedure for failure to prosecute.

## FILINGS BY A *PRO SE* PARTY

The Court must correspond with a *pro se* litigant by mail unless the litigant consents to

electronic case filing.  In this case, several mailings from the Court have been returned as

undeliverable.  Plaintiff must either update his address for mailing or consent to electronic

service.  A form for consent to electronic service is attached to this order.

## DEFENDANTS' MOTION TO STAY

Defendants have filed a motion [ECF Nos. 5-7] to stay this case pending a decision from the Superior Court of the District of Columbia regarding whether the Parties may be compelled to arbitrate Plaintiff's claims.  By prior Order, Judge McMahon ordered that a briefing schedule for the motion would be set for Defendant's motion following the payment of the filing fee by Plaintiff.  *See* ECF No. 12.  Plaintiff paid the fee on January 15, 2021.  Accordingly, it is hereby ordered that Defendants' motion to stay this action will be briefed on the following schedule:

- Plaintiff must file any Opposition to the motion by February 19, 2021

- Defendants may file a Reply by March 5, 2021.

Any request for an extension of the deadlines set forth herein must be filed at least 72 hours in advance of the deadline.  Failure to comply with the Court's Order may result in sanctions, including preclusion of any claim or defense or dismissal of the case.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   January 19, 2021
         New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


_____
Name (Last, First, MI)


_____
Address                    City                      State                     Zip Code


_____
Telephone Number                          E-mail Address


_____
Date                                      Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007