IH-34                                                                                                    Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Willie Dennis
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:2 __CV__ 09393 ( SD )( NY )

-against-

NOTICE OF CHANGE OF ADDRESS

K & L Gates LLP, David Tang, James Segerdhal

James Segerdhal Jeffrey Maletta
_____
(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

Dennis, Willie E
_____
Name (Last, First, MI)

| 424 West 146th Street #4A | NY NY 10150 | | |
|---|---|---|---|
| Address | City | State | Zip Code |
| 646 418 3329 | | woc2020@gmail.com | |
| Telephone Number | | E-mail Address (if available) | |
| 12/9/2020.   Willie E Dennis | | | |
| Date | | Signature | |