# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Willie Dennis

Write the full name of each plaintiff or petitioner.

-against-

K & L Gates LLP, et al

Write the full name of each defendant or respondent.

No. _____ CV 1:20-cv-09393

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on December 14 2020.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☒ a computer with internet access and a word processor

    type of computer I will be using: Mack Air/ Iphone 8 plus

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

      type of word processor I will be using:   Mack Air/ Iphone 8 plus

- an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- a scanner to convert documents that are only in paper format into electronic files

    scanning equipment I will be using:   UPS Office

- a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

    version of PDF reader and writer that I will be using:

    Mack Air/ Iphone 8 plus / app books

- a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| | |
|---|---|
| December 28, 2020 | Willie Dennis |
| Dated | Signature |

Willie Dennis
Name

| | |
|---|---|
| 424 West 146th Street | NY  NY  10031 |
| Address | City      State    Zip Code |

| | |
|---|---|
| 646 418 3329 | woc2020@gmail.com |
| Telephone Number | E-mail Address |

2