| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/17/2021 |

WILLIE E. DENNIS,

                Plaintiff,

-against-

K & L GATES LLP; DAVID TANG; JAMES SEGERDAHL; JEFFREY MALETTA; MICHAEL CACCESE; ANNETTE BECKER; PALLAVI WAHI; JOHN BICKS; AND CHARLES TEA,

                Defendants.

20-CV-9393 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff's request [ECF No. 30] for an extension of time to oppose Defendants' motion to stay this case is GRANTED IN PART. Because Plaintiff is proceeding *pro se*, the Court will grant an additional 30 days to file an opposition. Therefore, Plaintiff's opposition must be filed by March 22, 2021. Defendants' reply, if any, must be filed by April 2, 2021.

    The Court will not extend these deadlines further absent exceedingly good cause.

**SO ORDERED.**

Dated:   February 17, 2021
           New York, New York

                                          _____
                                          MARY KAY VYSKOCIL
                                          United States District Judge