# EXHIBIT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

K&L GATES, LLP, *et al*.          : Case Number:  2020 CA 4740 B

v.                        : Judge: Florence Y. Pan

WILLIE E. DENNIS           :

### ORDER

This matter comes before the Court upon plaintiffs' Motion to Compel Arbitration, filed on November 18, 2020.  After receiving two extensions, defendant's response to the Motion was due on February 17, 2021.  On February 18, 2021, the Court denied defendant's request for a further extension of time to file his response because it was defendant's third request for an extension.  Defendant emailed his response to the Motion to chambers on February 18, 2021.  His response is untimely and, in any event, does not address the merits of the Motion to Compel Arbitration.[1]  Accordingly, it is this 22nd day of February, 2021, hereby

**ORDERED** that plaintiff's Motion to Compel Arbitration is **GRANTED** and the matter is closed.

**SO ORDERED**.

Judge Florence Y. Pan
Superior Court of the District of Columbia

---

[1]    Defendant's email request that the case be held in abeyance is untimely and is denied.

Copies to:

Guy Brenner, Esq.
*Counsel for Plaintiffs*

Willie Dennis
P.O. Box 872
New York, NY 10150
woc2020@gmail.com