UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE E. DENNIS,

                            Plaintiff,

                -against-

K & L GATES LLP; DAVID TANG; JAMES
SEGERDAHL; JEFFREY MALETTA;
MICHAEL CACCESE; ANNETTE
BECKER; PALLAVI WAHI; JOHN BICKS;
AND CHARLES TEA,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2021

20-CV-9393 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court has received a motion to stay this proceeding pending disposition of a motion to compel arbitration filed in the Superior Court of the District of Columbia. *See* Motion to Stay, ECF No. 5. After several extensions, the Court ordered Plaintiff to respond to the motion by March 22, 2021. *See* Order, ECF No. 32. Plaintiff did not file any opposition on that date, but did file an Amended Complaint. *See* Amended Complaint, ECF No. 34. The Amended Complaint alleges substantially the same causes of action as Plaintiff's original complaint.

      While the motion was pending, Defendants filed a letter informing the Court that the motion to compel arbitration in the District of Columbia was granted. *See* Letter to Court, ECF No. 33. In light of that, Defendants now request a stay of the case to permit the arbitration to proceed. *Id.* at 1; *see also Katz v. Cellco P'ship*, 794 F.3d 341, 347 (2d Cir. 2015) ("[T]he text, structure, and underlying policy of the FAA mandate a stay of proceedings when all of the claims in an action have been referred to arbitration and a stay requested.").

      The Motion is GRANTED. This case is stayed pending the outcome of the arbitration. The Parties are directed to file a joint status report regarding the status of the Parties' arbitration

on June 18, 2021, and every 90 days thereafter, until the arbitration is resolved. Upon resolution of the arbitration, the Parties should submit a joint letter to the Court within five days of the resolution.

      The Clerk of Court respectfully is requested to stay this case and close the motion at ECF No. 5.

**SO ORDERED.**

Dated:   March 24, 2021
             New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge