

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

September 15, 2021

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter and submit this joint status report, on behalf of all parties, pursuant to the Court's March 24, 2021 Order (Dkt. No. 35).

The arbitration proceeding initiated by Mr. Dennis under the auspices of the American Arbitration Association remains pending. An arbitrator was recently appointed and we expect that an initial management conference call with the arbitrator will be held on Friday, September 17, 2021.

Respectfully submitted,


*/s/ Kathleen M. McKenna*


cc:   Willie Dennis, Esq. (by ECF)