

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

December 15, 2021

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter and submit this joint status report, on behalf of all parties, pursuant to the Court's March 24, 2021 Order (Dkt. No. 35).

The arbitration proceeding initiated by Mr. Dennis under the auspices of the American Arbitration Association ("AAA") remains pending. Recently, criminal charges against Mr. Dennis were unsealed in a matter captioned *United States v. Dennis*, 20 Cr. 623 (LGS) (S.D.N.Y.). Because the allegations in the criminal proceedings overlap with the facts and issues in the arbitration, on December 13, 2021, Mr. Dennis requested a stay of the AAA arbitral proceeding pending a resolution of the criminal charges brought against him. Defendants have consented to Mr. Dennis's request.

Respectfully submitted,


/s/ Kathleen M. McKenna


cc:   Willie Dennis, Esq. (by ECF)
      Neil P. Kelly, Esq., Assistant Federal Defender; criminal counsel to Mr. Dennis (via email)