

March 15, 2022

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re: *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter and submit this joint status report, on behalf of all parties, pursuant to the Court's March 24, 2021 Order (Dkt. No. 35).

The arbitration proceeding initiated by Mr. Dennis under the auspices of the American Arbitration Association ("AAA") remains pending, as are the criminal charges brought against Mr. Dennis in the case captioned *United States v. Dennis*, 20 Cr. 623 (LGS)(S.D.N.Y.). Because the allegations in the criminal proceedings overlap with the facts and issues in the arbitration, Mr. Dennis requested a stay on December 13, 2021 pending resolution of the criminal charges brought against him. On January 6, 2022, the AAA stayed the arbitral proceedings pending a resolution of the criminal proceedings. The parties in the criminal matter are currently engaged in discovery. *Id.* at Dkt. No. 31.

Respectfully submitted,

*/s/ Kathleen M. McKenna*

cc: Willie Dennis, Esq. (by ECF)

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

129076713v6