UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022
```

WILLIE E. DENNIS,

                Plaintiff,

-against-

K&L GATES LLP, *et al.*,

                Defendants.

1:20-cv-9393 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of two communications filed by the *pro se* Plaintiff, filed at ECF Nos. 43 and 44.  Certain of the documents filed in connection with the letter at ECF No. 44 appear to contain privileged communications between the Plaintiff and counsel in his criminal case.  Those documents will be maintained under seal pending further order of the Court.

      The letters and their content do not relate to the Plaintiff's civil case here, and the Court accordingly takes no action on them.  However, to the extent that the letters request that the Court lift the stay in this case, such a request is denied.  Plaintiff's civil case shall remain stayed pending the outcome of court-compelled arbitration.  *See Katz v. Cellco P'ship*, 794 F.3d 341, 347 (2d Cir. 2015) ("[T]he text, structure, and underlying policy of the FAA mandate a stay of proceedings when all of the claims in an action have been referred to arbitration and a stay requested.").

**SO ORDERED.**

Date:  **July 11, 2022**
       **New York, NY**

                                      _____
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**