

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

July 11, 2022

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter and write in reference to the Court's order denying the June 30, 2022 submission by *pro se* Plaintiff Willie Dennis requesting e-filing privileges due to Plaintiff's failure to completely fill out the Motion form.  (Dkt. No. 46.)

Mr. Dennis has already been granted e-filing privileges in this case.  (*See* Dkt. Nos. 28, 29.)  Defendants recently reminded Mr. Dennis that the Court approved his request for e-filing access 17 months ago, and so it is unclear why he continues to request access.

Respectfully submitted,


*/s/ Kathleen M. McKenna*


cc:   Willie Dennis, Esq. (by ECF)