

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

December 12, 2022

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter and submit this status report pursuant to the Court's March 24, 2021 Order (Dkt. No. 35).

As the Court is aware, charges were brought against Mr. Dennis for criminal cyberstalking in the case captioned *United States v. Dennis*, 20 Cr. 623 (JSR) (S.D.N.Y.).  A jury trial in the criminal matter commenced on October 11, 2022.  On October 17, 2022, the jury returned a verdict of guilty on all counts.  *Id.* at Dkt. 110.  Mr. Dennis has been remanded pending sentencing, which is scheduled for January 18, 2023 at 4:00 PM.  *See id.* at Oct. 17, 2022 Minute Entry.

The arbitration proceeding initiated by Mr. Dennis under the auspices of the American Arbitration Association ("AAA") remains stayed.

Respectfully submitted,


*/s/ Kathleen M. McKenna*

cc:    Willie Dennis, Esq. (by ECF)