

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

March 10, 2023

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re: *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter and submit this status report pursuant to the Court's March 24, 2021 Order (Dkt. No. 35).

As the Court is aware, charges were brought against Mr. Dennis for criminal cyberstalking in the case captioned *United States v. Dennis*, 20 Cr. 623 (JSR) (S.D.N.Y.). A jury trial in the criminal matter commenced on October 11, 2022. On October 17, 2022, the jury returned a verdict of guilty on all counts. *Id.* at Dkt. 110. On February 10, 2023, Mr. Dennis was sentenced to a term of 24 months imprisonment, which he is currently serving, and three (3) years of supervision once he is released. *Id.* at Dkt. 140. Mr. Dennis filed a notice of appeal on February 28, 2023. *Id.* at Dkt. 143.

The arbitration proceeding initiated by Mr. Dennis under the auspices of the American Arbitration Association ("AAA") is presently stayed.

Respectfully submitted,


*/s/ Kathleen M. McKenna*

cc:   Willie Dennis, Esq. (by ECF)

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

136866366v2