

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

September 6, 2023

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re: *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter and submit this status report pursuant to the Court's March 24, 2021 Order (Dkt. No. 35).

As the Court is aware, charges were brought against Mr. Dennis for criminal cyberstalking in the case captioned *United States v. Dennis*, 20 Cr. 623 (JSR) (S.D.N.Y.). A jury trial was held in October 2022 and Mr. Dennis was convicted. On February 10, 2023, Mr. Dennis was sentenced to a term of 24 months imprisonment, which he is currently serving, and three (3) years of supervision once he is released. *Id.* at Dkt. 140. Mr. Dennis filed a notice of appeal on February 28, 2023. *Id.* at Dkt. 14. It is our understanding that Mr. Dennis' opening brief is due on December 14, 2023. *United States v. Dennis*, No. 23-6194 (2d Cir.) at Dkt. 29.

The arbitration proceeding initiated by Mr. Dennis under the auspices of the American Arbitration Association ("AAA") remains stayed.

Respectfully submitted,

*/s/ Kathleen M. McKenna*

cc: Willie Dennis, Esq. (by ECF)