Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

June 3, 2024

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:  *Willie Dennis v. K&L Gates LLP, et al.*, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter and submit this status report pursuant to the Court's March 24, 2021 Order (Dkt. No. 35).

As the Court is aware, charges were brought against Mr. Dennis for criminal cyberstalking in the case captioned *United States v. Dennis*, 20 Cr. 623 (JSR) (S.D.N.Y.).  A jury trial was held in October 2022 and Mr. Dennis was convicted.  On February 10, 2023, Mr. Dennis was sentenced to a term of 24 months imprisonment, which he is currently serving, and three (3) years of supervision once he is released.  *Id.* at Dkt. 140.[1]

As the Court also knows, in April 2021, Mr. Dennis initiated an arbitration proceeding under the auspices of the American Arbitration Association ("AAA"), and in January 2022, AAA issued an order staying that proceeding pending the outcome of Mr. Dennis's criminal case.  Following the outcome of Mr. Dennis's criminal case, on December 19, 2023, K&L Gates LLP (the "Firm") filed a motion to dismiss Mr. Dennis's claims in the arbitration proceeding.  Mr. Dennis's deadline to respond to the Firm's motion to dismiss is June 7, 2024.

---

[1] Mr. Dennis filed a notice of appeal of his conviction on February 28, 2023.  *Id.* at Dkt. 143.  Mr. Dennis filed his opening brief on December 14, 2023.  *United States v. Dennis*, No. 23-6194 (2d Cir.) at Dkt. 33.  The Government filed its opposition brief on March 14, 2024.  *Id.* at Dkt. 38.  It is our understanding that the parties have requested oral argument, but the requests remain pending and no date for argument has been set.  *See id.* at Dkts. 40-42.

**Proskauer»**

The Honorable Mary Kay Vyskocil
June 3, 2024
Page 2

Respectfully submitted,


<u>/s/ Kathleen M. McKenna</u>

cc:     Willie Dennis, Esq. (by ECF)