```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIE E. DENNIS,

                         Plaintiff,

-against-

K&L GATES LLP, *et al.*,

                         Defendants.

1:20-cv-9393 (MKV)

**SCHEDULING ORDER**

---

The Court held a status conference on May 1, 2025 with counsel for both parties and discussed, among other things, Defendants' letter motion seeking leave to file a motion to dismiss. Accordingly, as discussed in detail at the conference:

IT IS HEREBY ORDERED that Defendants shall file their contemplated motion to dismiss **on or before May 15, 2025.** Plaintiff shall file his opposition **on or before June 5, 2025.** Any Reply is due **on or before June 13, 2025**.

**The parties are reminded that they must comply with this Court's Individual Practice Rules and continued failure to comply with this Court's Individual Practice Rules, may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 87.

**SO ORDERED.**

Date: **May 1, 2025**
      New York, NY

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**