USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIE E. DENNIS,

                                  Plaintiff,

-against-

K&L GATES LLP, *et al.*,

                                  Defendants.

1:20-cv-9393 (MKV)

**ORDER**

---

       After a conference with the parties, the Court set a briefing scheduled for Defendants' anticipated motion to dismiss. [ECF No. 92]. Thereafter, Plaintiff, proceeding *pro se*, notified the Court that the counsel he had retained, who had attended the May 1, 2025 conference on behalf of Plaintiff, but had not yet made a formal appearance on the docket, would not be representing him and he intended to proceed *pro se* again. [ECF Nos. 93, 94]. Subsequently, Plaintiff wrote a letter to the Court, [ECF No. 100], seeking "a brief extension" from June 1, 2025 to July 1, 2025 to respond to Defendants' motion to dismiss. Plaintiff explained that the brief extension is required because he suffered a medical emergency that required surgery, he further dealt with complications from that medical emergency, he is the sole caretaker to his father, and he is proceeding *pro se*. [ECF No. 100]. Given the representations made by Plaintiff in his letter and his *pro se* status the Court granted Plaintiff's request and Ordered that Plaintiff submit his opposition on or before July 1, 2025. [ECF No. 103]. The Court warned Plaintiff that **"No further extension of this briefing schedule will be granted absent unforeseen and extraordinary circumstances."** [ECF No. 103].

       Thereafter, the Court received a letter from Plaintiff requesting a "Temporary Medical Stay of Proceedings and Related Deadlines." [ECF Nos. 103, 104]. Defendants filed a letter in response objecting to Plaintiff request and arguing that it does not establish any unforeseen and

1

extraordinary circumstances. [ECF No. 106]. Plaintiff replied once again requesting a temporary medical stay of all deadlines and proceedings. [ECF No. 109]. Because the Court has reviewed all of Plaintiff's purported reasons for a further extension and all of those reasons were already raised by Plaintiff to the Court in his May 15, 2025 extension request which the Court granted, Plaintiff has failed to identify any unforeseen and extraordinary circumstances justifying a further extension. Accordingly, Plaintiff's request for a temporary medical stay of all proceedings and related deadlines is DENIED. As previously Ordered, *see* ECF No. 103, Plaintiff shall file his opposition to Defendants' motion on or before July 1, 2025. Defendants shall file their reply, if needed, on or before July 8, 2025.

**The parties are reminded that failure to comply with the Court's orders or deadlines, the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 107.

**SO ORDERED.**

**Date: June 5, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2