Willie Dennis
6858 Hidden Glade Place
Sanford, FL 31771
woc2020@gmail.com
(518) 414-7163

July 2, 2025

Via ECF
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Dennis v. K&L Gates LLP, et al., Case No. 1:20-cv-09393-MKV**
**Request for Two-Week Extension of Time in Light of AAA Delay and Withheld Records**

Dear Judge Vyskocil:

I respectfully request a brief two-week extension of time, to and including August 18, 2025, to file my opposition to Defendants' pending motion to dismiss. This request is based on (1) a delay by the American Arbitration Association (AAA) in responding to a time-sensitive records request, and (2) the continued withholding of basic administrative records necessary to respond to factual assertions raised in Defendants' motion.

On June 13, 2025, I submitted a written request to the AAA under Rule R-53 of the AAA Commercial Arbitration Rules, asking for non-privileged, non-confidential documents concerning administrative aspects of AAA Case No. 01-21-0002-7637. These include notices of award delivery, arbitrator communications, party filings, and correspondence between the AAA and the parties. I received no response until June 30, 2025 — and even then, the AAA has not confirmed whether it will produce these materials. **I respectfully note that, as I shared with the Court in my filing on April 10, 2025 (at page 3), K&L Gates and Proskauer have been given access to Rule 53 administrative materi**al.

I was particularly disappointed — especially given my medical issues, which the AAA is fully aware of — that the AAA failed to provide access to R-53 administrative records and online filings promptly following the Court's June 12, 2025 Order. I submitted my request the very next day. I made another request for the R-53 administrative records on June 30, 2025. See Exhibit A wherein I state:

"I. Contractual Entitlement to Records Under Rule R-53
Pursuant to AAA Commercial Arbitration Rule R-53, I respectfully request production of all non-privileged and non-confidential documents in the AAA's possession……… These records include, but are not limited to, notices of award delivery, arbitrator communications, party filings, administrative notices, and any relevant correspondence between the AAA and the parties. These documents are critical to my ability to comply with judicial orders in related matters currently pending in federal and D.C. courts."

The AAA's delay — intentional or not — has given a further advantage to K&L Gates and Proskauer, who have had unfettered access to the full arbitration file the entire time.

This is not a discovery request, nor a challenge to the arbitration's merits. Rather, I am simply requesting time to obtain Rule 53 administrative materials to which I am contractually entitled and which are essential to ensure fairness in responding to Defendants' pending motion. In the interest of judicial economy, I respectfully ask the Court to consider:
• Requesting or directing the AAA to provide the basic R-53 administrative records in its possession; or
• Advising how I should proceed if the AAA continues to withhold these materials.

I believe this extension is warranted under the "unforeseen and extraordinary circumstances" exception in the Court's June 12, 2025 Order. I will not seek a further extension absent extraordinary developments.

Separately, I continue to experience serious health limitations following my May 2025 hospitalization. I was discharged from AdventHealth with a wearable defibrillator due to my heart functioning at only 25%. Despite my efforts, I have been unable to secure follow-up cardiac care because most providers have rejected my insurance as out-of-network (see Exhibit B June 19 email from Orlando Cardiology). Exhibit A also includes communications from Rothman Orthopaedics showing that I have lost entire days — most recently June 26, 2025 — due to treatment obligations. These ongoing medical difficulties have required significant attention and have limited my capacity to respond under compressed deadlines. Please advise if the Court would like to review any specific or additional medical records to better understand the seriousness of my condition.

**Preservation of Objections and Clarification Regarding Arbitration Proceedings**
Pro Se Plaintiff respectfully notes that the issues raised in this submission are not intended to waive, limit, or concede any argument currently being asserted in connection with the arbitration proceedings involving K&L Gates LLP. To the contrary, Pro Se Plaintiff maintains that the arbitration award is invalid due to substantial procedural misconduct, including reliance on perjurious sworn statements later contradicted by testimony in the proceedings. These inconsistencies were fully briefed in the arbitration record (see submissions dated January 31, 2025 and February 18, February 24, and February 26, 2025), and are currently the subject of a separate challenge.

Nothing in this submission should be construed as endorsing the fairness, integrity, or finality of the arbitration process or award. Pro Se Plaintiff reserves all rights under applicable state and federal law to pursue vacatur or other relief, and expressly objects to any suggestion that the District Court's treatment of procedural or evidentiary issues should operate to validate or affirm the arbitration outcome.

Thank you for the Court's attention to this request.

Respectfully submitted,
/s/ Willie E. Dennis
   Willie E. Dennis
Pro Se Plaintiff

cc: Kathleen McKenna, Esq ( Via ECF & e-mail)
   Rachel Fisher, Esq, ( Via ECF & e-mail)
   Julia Hollreiser, Esq ( Via ECF & e-mail)
   Guy Brenner, Esq ( Via ECF & e-mail)

**Exhibit A**

June 30, 2025 AAA Letter

Willie E. Dennis
6858 Hidden Glade Place
Sanford, Florida 32771
woc2020@gmail.com
(518) 414-7163

June 30, 2025

Via Email
The Honorable Bridget Mary McCormack
President and Chief Executive Officer
American Arbitration Association
bridgetmccormack@adr.org

Board of Directors
American Arbitration Association
c/o Bridget McCormack
bridgetmccormack@adr.org

**Re: Renewed Request for Access to Arbitration Record – AAA Case No. 01-21-0002-7637 Willie E. Dennis v. K&L Gates LLP**

Dear Ms. McCormack and Members of the Board,

I write to respectfully renew and reinforce my prior requests for access to the full administrative record in Willie E Dennis v. K&L Gates LLP, AAA Case No. 01-21-0002-7637. I previously sent formal correspondence on May 5, June 13, and June 17, 2025 requesting confirmation of basic procedural facts and restoration of access to my arbitration file. To date, I have not received a response.

**I. Contractual Entitlement to Records Under Rule R-53**

Pursuant to AAA Commercial Arbitration Rule R-53, I respectfully request production of all non-privileged and non-confidential documents in the AAA's possession concerning the above-captioned arbitration. These records include, but are not limited to, notices of award delivery, arbitrator communications, party filings, administrative notices, and any relevant correspondence between the AAA and the parties. These documents are critical to my ability to comply with judicial orders in related matters currently pending in federal and D.C. courts.

This is not a broad discovery request or a challenge to the merits of the arbitration. I am simply seeking ministerial and administrative information to which I am contractually entitled and which is necessary for me to participate meaningfully and equitably in court-supervised proceedings.

**II. Continued Inaccessibility of AAA Online Portal**

In addition, despite repeated login attempts and outreach to CustomerService@adr.org, I remain unable to access any case records through the AAA's online portal. The system continues to display a message that no documents are available for my case.

As a pro se litigant with court-imposed filing deadlines and limited resources, I am seriously disadvantaged by this lack of access. I respectfully request that portal access be restored immediately. If that is not technically feasible, I ask that the complete administrative record be provided to me in digital format (PDF or download link), in compliance with Rule R-53.

**III. Unanswered Prior Request for Confirmation of February 26 Submission**

As detailed in my June 13 and June 17 letters, I also requested confirmation that my February 26, 2025 letter to the AAA, requesting an investigation into the independence of Arbitrator Clinkscale, was received and properly docketed. This is a purely factual matter that only the AAA can confirm. It is directly relevant to court filings in Dennis v. K&L Gates LLP, No. 1:20-cv-09393-MKV (S.D.N.Y.) and Dennis v. K&L Gates LLP et al., No. 2025-CAB-002634 (D.C. Sup. Ct.). That confirmation remains outstanding.

**IV. Prejudice and Ongoing Harm**

Because the AAA has not confirmed the requested delivery information, has not restored access to my case file, and has not responded to my Rule R-53 request, I remain unable to verify key procedural facts or prepare responsive filings. This creates significant procedural unfairness, especially given that K&L Gates and its counsel have full access to all materials.

I hope that this issue can be resolved cooperatively. I respectfully ask that the AAA respond no later than July 8, 2025.

Thank you for your time and attention to this matter. I remain hopeful that it can be resolved promptly and respectfully.

Sincerely,
/s/ Willie E. Dennis
 Willie E. Dennis


: cc: Eric Tuchmann, Esq
cc: India Johnson, Director Emeritus
cc: Hon. Bruce Myerson, Director
cc: Edna Sussman, Director
cc. James R Jenkins, Director
cc :Tracey B. Frisch. Executive Director of the AAA-ICDR Foundation.
cc :Marilyn Duffy Grande. Non-Director, Consultant for the AAAICDRFoundation. cc: Please distribute to the Directors

-

**Exhibit B**

Health Issues

From: **Lindsay Mendoza** <lmendoza@orlandocvs.com>
Date: Thu, Jun 19, 2025 at 4:28 PM
Subject: Re: Subject: Dr Shah Urgent Request for Follow-Up Appointment – Cardiac Care
To: Willie Dennis <woc2020@gmail.com>

Hi Willie,

We apologize for the inconvenience. Unfortunately, we cannot schedule an appointment due to insurance being out of network

---

**From:** Willie Dennis <woc2020@gmail.com>
**Sent:** Thursday, June 19, 2025 2:29 PM
**To:** Lindsay Mendoza <lmendoza@orlandocvs.com>
**Subject:** Fwd: Subject: Dr Shah Urgent Request for Follow-Up Appointment – Cardiac Care

Hi Lindsay,

Revised request  Will you please  confirm receipt and that you  will share with Dr Shah .

Thank You

Subject: Urgent Request for Follow-Up Appointment – Cardiac Care

Dear Dr. Shah,

While I was hospitalized at AdventHealth, you advised that I wear a defibrillator due to my heart functioning at only 25%. I have followed your recommendation and understood from you during your visits with me and my discharge instructions dated May 22, 2025, that I should be seen by you for a follow-up appointment within 14–19 days. I assume this recommendation originated from your evaluation during my hospital stay. (See Exhibit A.)

This afternoon—less than 24 hours before my scheduled appointment—I was informed that you are unable to see me because my insurance is reportedly out of network. I was surprised to learn this so late, especially as I was told by hospital staff that my insurance details were shared with your office when you were listed as the referring ca



ROTHMAN ORTHOPAEDICS ADVENTHEALTH MEDICAL GROUP AT WINTER PARK
255 NORTH LAKEMONT
SUITE 207
WINTER PARK FL 32792-3229
844-407-4070
407-743-3050

June 26, 2025

Patient: **Willie E Dennis**
Date of Birth: **3/30/1962**
Date of Visit: **6/26/2025**

To Whom It May Concern:

Willie Dennis was seen in my clinic on 6/26/2025. Please excuse Willie for his absence from work on this day to make the appointment.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Sloane Mathis Denton, PA-C



ROTHMAN ORTHOPAEDICS ADVENTHEALTH MEDICAL GROUP AT WINTER PARK
255 NORTH LAKEMONT
SUITE 207
WINTER PARK FL 32792-3229
844-407-4070
407-743-3050

June 26, 2025

Patient: **Willie E Dennis**
Date of Birth: **3/30/1962**
Date of Visit: **6/26/2025**

To Whom It May Concern:

Willie Dennis was seen in my clinic on 6/3/2025. Please excuse Willie for his absence from work on this day to make the appointment.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Sloane Mathis Denton, PA-C