August 4, 2025

Via ECF and Courtesy Copy to Chambers

The Honorable Mary Kay Vyskocil

United States District Judge

Southern District of New York

500 Pearl Street, Courtroom 18C

New York, NY 10007

Re: Willie E. Dennis v. K&L Gates LLP, et al.,

Case No. 1:20-cv-09393 (MKV)

Plaintiff's Reply in Opposition to Defendants' Motion to Dismiss

Dear Judge Vyskocil:

Plaintiff respectfully submits his Reply in Opposition to Defendants' May 14, 2025 Motion to Dismiss, which is being filed today, August 4, 2025, via ECF. A courtesy copy is also being transmitted to Chambers due to recent docketing delays, to ensure timely review.

This filing preserves Plaintiff's rights and addresses the ongoing procedural and retaliatory issues detailed in the motion, including Defendants' threats of criminal referral, the impact of Plaintiff's medical limitations, and the ongoing need for protective relief.

Plaintiff respectfully requests that the Court accept this filing as timely, and that he be granted leave to reply to any new issues raised in Defendants' reply papers.

Thank you for the Court's attention to this matter.


Respectfully submitted,


/s/ Willie E. Dennis

Willie E. Dennis

Pro Se Plaintiff

6858 Hidden Glade Place

Sanford, Florida 32771

(518) 414-7163

woc2020@gmail.com


cc Timothy Mungovan, Esq

Chairman Proskauer Rose