UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Willie E. Dennis,

Plaintiff,

v.

K&L Gates LLP, et al.,

Defendants.

Case No. 1:20-cv-09393-MKV

**SECOND SUPPLEMENTAL SUBMISSION IN SUPPORT OF RULE 60(b) MOTION AND OPPOSITION TO MOTION TO DISMISS, WITH PROCEDURAL NOTIFICATION REGARDING DOCKETING DELAYS**

Via ECF and Email to Chambers

Honorable Mary Kay Vyskocil

United States District Judge

Southern District of New York

Dear Judge Vyskocil'

Plaintiff respectfully submits this combined filing, consisting of:

1. Second Supplemental Submission in Support of Rule 60(b) Motion and Opposition to Motion to Dismiss,
2. Exhibit A – Updated NEF Timestamps, and
3. Procedural Notification Regarding Docketing Delays with Comprehensive Chart and Resource Imbalance Analysis.

This filing is submitted via ECF and directly to Chambers because Plaintiff has experienced repeated delays in docketing of timely submissions, which in several instances resulted in Court action before Plaintiff's filings were entered on the public docket. The enclosed Procedural Notification documents these delays and the resulting prejudice, including shortened response windows and denial of timely consideration of urgent requests.

This filing is intended to ensure the Court has a complete and accurate record for evaluation of the pending Rule 60(b) motion and Defendants' Motion to Dismiss.

Not binding in Superior Court: This submission is not binding on any proceedings in the Superior Court of the District of Columbia and is provided solely for the record in this Court.

No sealing requested: Plaintiff does not request sealing. This submission contains no information prejudicial to Defendants and should remain publicly accessible.

Respectfully submitted,

/s/ Willie E. Dennis

Willie E. Dennis

Plaintiff, Pro Se

Dated: August 5, 2025

Cc; Timothy Mungovan, Esq

Chairman of Proskauer Rose