UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Willie E. Dennis,

Plaintiff,

v.

K&L Gates LLP, et al.,

Defendants.

Case No. 1:20-cv-09393-MKV

**SECOND SUPPLEMENTAL SUBMISSION IN SUPPORT OF RULE 60(b) MOTION**

Plaintiff Willie E. Dennis respectfully submits this Second Supplemental Submission in further support of his pending Rule 60(b) Motion for relief from the Court's April 11, 2025 Order (ECF No. 84). Plaintiff previously reserved the right to supplement his motion to ensure the record accurately reflects material procedural irregularities.

**I. Procedural Background-Timeline of Key Filings**

- April 11, 2025 – 10:16 AM EDT: Plaintiff filed urgent letter motion:

- **"Urgent Request to Enjoin Proskauer and K&L Gates from Commencing Any Criminal Actions Against Me During Any Adjournment Period and Request for the Superior Court of the District of Columbia to Resolve Constitutional Issues Relating to My Rights of Due Process and Counsel."**

- April 11, 2025 – 12:08 PM EDT: Court entered Order (ECF 84) granting Defendants request for adjournment and denying protective relief.

- April 15, 2025 – 9:08 AM EDT: Plaintiff's letter motion docketed as ECF 86, four days after submission.

This confirms the Court likely ruled without reviewing Plaintiff's urgent request, through no fault of Plaintiff

**II. Impact on Rule 60(b) Relief and Motion to Dismiss**

- Supports Rule 60(b)(1) (mistake or inadvertence) and Rule 60(b)(6) (extraordinary circumstances).

- Caused actual prejudice: Plaintiff's protective relief was denied without review, leaving him exposed to retaliatory criminal referral risk.

- Procedural disadvantages directly affect Plaintiff's ability to oppose Defendants' Motion to Dismiss on a fair and complete record.

**III. Requested Action**

Plaintiff respectfully requests that the Court:

1. Acknowledge that Plaintiff's April 11, 2025 submission (ECF No. 86) was not considered prior to entry of the April 11 Order (ECF No. 84);

2. Grant relief under Rule 60(b) in light of this procedural irregularity and the prejudice caused to Plaintiff; and

3. Permit any additional supplementation necessary to ensure the record fully reflects this issue for appellate purposes.

A copy of the Notice of Electronic Filing timestamps confirming the sequence of events is attached as Exhibit A.

Plaintiff submits this supplement to ensure the record fully reflects all timely submissions and procedural irregularities, so that any further proceedings or review by a higher court can be conducted on a complete and accurate record.

Not binding in Superior Court: This supplement is not binding on the Superior Court of the District of Columbia.

No sealing requested: Plaintiff does not seek sealing, as this filing contains no prejudicial information to Defendants.

Respectfully submitted,

/s/ Willie E. Dennis

Willie E. Dennis

Pro Se Plaintiff

6858 Hidden Glade Place

Sanford, Florida 32771

(518) 414-7163

woc2020@gmail.com

Dated: August 5, 2025

cc Timothy Mungovan,Esq

cc Chairman of Proskauer Rose

**III. Exhibit A –** Notice of Electronic Filing Timestamps

This Exhibit provides the Notice of Electronic Filing (NEF) timestamps for the filings relevant to Plaintiff's April 11, 2025 urgent submission and the Court's April 11, 2025 Order.

1. Plaintiff's Urgent Letter Motion (ECF No. 86) – Filing Time • Filed: April 11, 2025 at 10:16 AM EDT

2. Court's Order Denying Temporary Restraining Relief (ECF No. 84) • Filed and Entered: April 11, 2025 at 12:08 PM EDT

3. Plaintiff's Urgent Letter Motion (ECF No. 86) – Docketing Time • Entered: April 15, 2025 at 9:08 AM EDT

These timestamps confirm that Plaintiff's urgent request was filed before the Court's ruling, but was not docketed until four days later, resulting in the motion not being considered prior to the April 11, 2025 Order.

## IV. Procedural Notification Regarding Docketing Delays

### A. Procedural Delay Chart

| Date Submitted (Email) | Date Docketed | Docket No. | Title / Notes |
|---|---|---|---|
| 04/11/2025 10:16 AM | 04/15/2025 9:08 AM | ECF 86 | Urgent Letter Motion to Enjoin Criminal Actions Court ruled same day (ECF 84) without review |
| 07/02/2025 6:03 PM | 07/09/2025 (as July 7) | | Motion for 2Week Medical Extension  Denied before notice; lost 57 days |
| 07/13/2025 | Pending | | Emergency Medical Notice (AdventHealth and LifeVest Documentation) Consideration delayed |
| 07/25/2025 8:24 AM | 07/25/2025 3:42 PM | | Preliminary Filing re: July 24 Letter and Constitutional Concerns Not reviewed before hearing |
| 07/25/2025 4:33 PM | 07/29/2025 | | Medical Extension Request  Denied same day; minimal response time |
| 07/28/2025 3:43 PM | 07/29/2025 6:16 PM | ECF 134 | Supplemental Protective Motion  Pending; delay shortened response window |
| 07/29/2025 4:26 PM | 08/01/2025 1:25 PM | ECF 136 | Protective Stay & Counsel Motion  Docketed Friday before Monday deadline |
| 07/30/2025 (email) | 08/04/2025 7:03 AM | ECF 137 | Rule 60(b) Cover Letter  Docketed morning of August 4 deadline |
| 07/30/2025 (email) | 08/04/2025 7:06 AM | ECF 138 | Rule 60(b) Motion for Relief  Docketed morning of August 4 deadline |
| 07/31/2025 (email) | 08/04/2025 12:17 PM | ECF 139 | Notice of Related Submission to U.S. Supreme Court  Docketed on deadline day |

### B. Resource / Impact Imbalance Chart

| Name | Title / Role | Notes |
|---|---|---|
| Kathleen McKenna | Partner, Labor & Employment | Central to litigation and alleged retaliation |
| Guy Brenner | Partner, Litigation | Lead D.C. counsel |
| Timothy Mungovan | Chairman | Oversaw firm conduct in SDNY & D.C. |

| Bobbi Preyer | Partner, Litigation | Assisted in D.C. matters |
|---|---|---|
| Hadassa Waxman | Partner; Former SDNY Co Chief, Crimes | Potential role in criminal referral |
| Rachel S. Fischer | Senior Counsel | Signed AAA arbitration pleadings |
| Julia Hollreiser | Associate | Supports SDNY, D.C., and AAA matters |
| Julia Wolfman | Legal Staff / Admin Support | Arbitration correspondence |
| Ted Bernsten | Director of Security; Former NYPD | Emails routed to him without consent |

## V. Impact

The combination of docketing delays and resource imbalance has:

1. Denied Plaintiff a meaningful opportunity to be heard,

2. Provided Defendants procedural advantage, and

3. Created cumulative prejudice rising to Rule 60(b)(6) "extraordinary circumstances."

Plaintiff provides this notification to ensure the record is complete for the Court and any further proceedings or review by a higher court.

Not binding in Superior Court – This notification is not binding on proceedings in the Superior Court of the District of Columbia.

No sealing requested – Plaintiff does not seek sealing, as the filing contains no prejudicial information to Defendants.

Respectfully submitted,

/s/ Willie E. Dennis

Willie E. Dennis, Pro Se

6858 Hidden Glade Place

Sanford, Florida 32771

(518) 414-7163

woc2020@gmail.com

Cc; Timothy Mongovan, Esq Chairman of Proskauer Rose LLP