Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

September 5, 2025

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re: <u>Willie Dennis v. K&L Gates LLP, et al.</u>, No. 1:20-cv-09393-MKV

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter. We write in connection with Mr. Dennis's August 21, 2025 "Motion to Disqualify Proskauer Rose LLP as Counsel of Record." (Dkt. 155.) Mr. Dennis's motion is entirely without merit, and it is merely the latest in a series of frivolous filings made by Mr. Dennis over the course of several months. (*See* Dkt. 156, Order with Respect to Plaintiff's Repetitive Filings.) In the interest of preserving resources and judicial economy, Defendants respectfully request that the Court advise the parties if it wishes to receive a response from Defendants.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Kathleen M. McKenna*

cc: Willie Dennis, Esq. (by ECF)

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

155298701v1