# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Willie E. Dennis,** Plaintiff,

v.

**K&L; Gates LLP, James Segerdahl, Michael Caccese, and Related Parties,** Defendants.

**No. 1:20-cv-09393 (MKV)**

### REQUEST FOR ACCESS TO COMPLETE DOCKET AND CERTIFICATION OF RECORD FOR APPEAL
(And Request for Immediate Direction to Opposing Counsel to Provide Copies)

**Date:** October 24, 2025
**To:** The Clerk of Court (Civil Intake) and the Honorable Mary Kay Vyskocil
**Plaintiff, Willie E. Dennis,** respectfully submits this request under **Fed. R. App. P. 10(e)** and **Local Civil Rule 79.1** for assistance in completing the appellate record.

### 1. Missing Orders; Non-Response from Opposing Counsel
On **October 22, 2025**, and again on **October 23, 2025**, I requested from **Proskauer Rose LLP**—counsel for **K&L; Gates LLP, James Segerdahl, and Michael Caccese**—copies of district-court orders that are absent from my files, including the Court's disposition of my **July 25, 2025 medical-extension motion** and other mid-2025 rulings bearing on the issues now on appeal. Although counsel has previously provided copies of orders within hours of request, **no response has been received** to these latest requests.

### 2. Appellate Deadline and Form C Requirement
My **Form C (Civil Appeal Pre-Argument Statement)** is **due October 28, 2025.** The form requires "a copy of all relevant opinions/orders forming the basis for this appeal." Without the missing orders, **I cannot file an effective and accurate appeal.**

### 3. Denial of Counsel; Withheld Defense Files
The **District Court denied appointment of counsel** and declined to compel the return of my criminal defense files from former counsel. Because the **October 10, 2025 Order** adopts language with **criminal implications,** those files—and the missing district-court orders—are essential to properly present and support the appeal.

### 4. Relief Requested
Plaintiff respectfully requests that the Court:
   1. **Provide certified copies** of all docketed **orders and minute entries** from **February 1, 2025 through October 15, 2025**, or certify in writing that **no order** was entered disposing of the **July 25, 2025 medical-extension motion** and any other identified motions;
   2. **Expedite** this request in light of the **October 28** appellate deadline and make copies available electronically by email to **woc2020@gmail.com**;
   3. **Alternatively (and/or additionally), direct Proskauer Rose LLP — Timothy**

**Mungovan (tMungovan@proskauer.com) and Kathleen McKenna (kmckenna@proskauer.com)** — to promptly furnish Plaintiff today with PDF copies of all orders and docketed entries responsive to the above, including any order addressing the **July 25, 2025** filing.

A proposed order is submitted for the Court's convenience.

**Respectfully submitted,**

Willie E. Dennis
Court-Ordered Pro Se Litigant
6858 Hidden Glade Place
Sanford, Florida 32771
**woc2020@gmail.com** | **(518) 414-7163 (mobile)**

**CERTIFICATE OF SERVICE**

I certify that on **October 24, 2025**, I served this request by **email** upon:
- **Timothy Mungovan (tMungovan@proskauer.com)**
- **Kathleen McKenna (kmckenna@proskauer.com)**
Proskauer Rose LLP, Eleven Times Square, New York, NY 10036.

/s/ Willie E. Dennis

## PROPOSED ORDER

Upon Plaintiff's **Request for Access to Complete Docket and Certification of Record for Appeal**, and good cause appearing:

1. The **Clerk of Court** shall promptly provide to Plaintiff, by email, certified copies of all orders and minute entries entered in this matter from **February 1, 2025 through October 15, 2025**, or a written certification that no order was entered resolving Plaintiff's **July 25, 2025 medical-extension motion** and any other identified motion(s).

2. Alternatively and in addition, **Proskauer Rose LLP, Timothy Mungovan, and Kathleen McKenna** shall promptly transmit to Plaintiff PDF copies of any such orders and docket entries in their possession by **5:00 p.m. on the date of this Order.**

SO ORDERED.

Dated: New York, New York _____, 2025

_____
Hon. Mary Kay Vyskocil
United States District Judge